SPILLER et al. v. HOLLINGER. (No. 4868.)

(Court of Civil Appeals of Texas. San Antonio. Jan. 13, 1915.)

APPEAL AND ERROR (§ 830*)—MOTION FOR REHEARING—DELAY.

The Court of Civil Appeals, delaying disposition of a motion for rehearing for nearly three years, awaiting an opinion of the Supreme Court in another case in which a writ of error has been granted, will dispose of the motion, though the Supreme Court has not rendered its opinion, and will overrule it, when satisfied of the correctness of the original opinion.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3209–3211, 3214; Dec. Dig. § 830.*]

On motion for rehearing. Overruled.

For former opinion, see 148 S. W. 338.

FLY, C. J. The motion for rehearing in this case was filed on April 3, 1912, and has been held up for this length of time awaiting a decision by the Supreme Court in the case of Gale Manufacturing Co. v. Dupree, 146 S. W. 1048, in which a writ of error was granted. We think, as we did when the opinion herein was written, that the opinion in the Gale Case enunciates sound and logical legal doctrine, and, as no opinion has been delivered by the Supreme Court, we will delay action on the motion no longer.

It is overruled.